**Order entered September 29, 2020**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-20-00223-CR**

**ROBERT SAMUEL VEAL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 199-80509-2019**

**ORDER**

Before the Court are appellant's September 24, 2020 motions to supplement the reporter's record and extend time for filing his brief. We **GRANT** the motions. On September 25, 2020, court reporter LaTresta Ginyard filed a supplemental reporter's record of the pretrial hearings conducted on December 13, 2019 and January 22, 2020. We **ORDER** appellant's brief due on November 20, 2020.

/s/    ROBERT D. BURNS, III
           CHIEF JUSTICE